UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NO. 59,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTA ROSA CITY SCHOOLS, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-01256-WHO<br><br>**ORDER CLARIFYING ADR PROCESS**<br><br>Re: Dkt. Nos. 17, 22 |

　　　　Counsel submitted a stipulation selecting Mediation through the Court's ADR Unit, which was approved by Order dated May 25, 2016 (Dkt. 17).  Upon further discussion at the Case Management Conference, it was determined that a settlement conference with a Magistrate Judge is more appropriate for this case.  As such, the matter has been referred to Magistrate Judge Maria-Elena James for Settlement Conference.

　　　　The Order adopting the parties' stipulation to participate in Mediation through the ADR Unit (Dkt. 17) is VACATED.

　　　　**IT IS SO ORDERED.**

Dated: June 20, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge