# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NO. 59,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA ROSA CITY SCHOOLS, et al.,<br><br>    Defendants. | Case No. 3:16-cv-01256-WHO<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

On June 12, 2017, the Court was notified that the parties have settled and that a conditional dismissal is appropriate. IT IS SO ORDERED that this matter is DISMISSED WITH PREJUDICE and the scheduled trial and pre-trial dates are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: June 12, 2017

William H. Orrick
United States District Judge